CLOSED,CONSOLIDATED,MEMBER_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CIVIL DOCKET FOR CASE #: 5:19-cv-01301-XR

| | |
|---|---|
| Workman, et al v. UNITED STATES OF AMERICA et al | Date Filed: 11/01/2019 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 07/30/2021 |
| Demand: $5,000,000 | Jury Demand: None |
| Lead case: 5:18-cv-00555-XR | Nature of Suit: 360 P.I.: Other |
| Member case: (View Member Case) | Jurisdiction: U.S. Government Defendant |
| Cause: 28:2671 Federal Tort Claims Act | |

**Plaintiff**

**Kris Workman**
As Next of Friend of E.W.

represented by **Brett T. Reynolds**
Brett Reynolds & Associates, P.C.
1250 N.E. Loop 410 Suite 310
San Antonio, TX 78209
(210)805-9799
Fax: 210 455 2434
Email: btreynolds@btrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colbey Workman**
As Next of Friend of E.W.

represented by **Brett T. Reynolds**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES OF AMERICA**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2019 | 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542-12799642), filed by [redacted]. (Attachments: # 1 Civil Cover Sheet cover sheet, # 2 Exhibit b, # 3 Exhibit A)(Reynolds, Brett) (Entered: 11/01/2019) |
| 11/01/2019 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by [redacted]. (Reynolds, Brett) (Entered: 11/01/2019) |
| 11/01/2019 | 3 | REQUEST FOR ISSUANCE OF SUMMONS by [redacted]. (Reynolds, Brett) (Entered: 11/01/2019) |
| 11/01/2019 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 11/04/2019) |
| 11/01/2019 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (bc) (Entered: 11/04/2019) |
| 11/04/2019 | 4 | Summons Issued as to UNITED STATES OF AMERICA, U.S. Attorney and U.S. Attorney General (bc) (Entered: 11/04/2019) |
| 11/05/2019 | 5 | ORDER Consolidating case to Lead case 5:18-CV-555-XR, all future filings should be made in Lead case 5:18-cv-555-XR. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/06/2019) |
| 12/03/2019 | | Set Deadlines/Hearings: ADR Report Deadline due by 1/24/2020, Amended Pleadings due by 10/1/2019, Discovery due by 4/1/2020, Motions due by 6/1/2020, Jury Selection set for 9/8/2020 10:30AM before Judge Xavier Rodriguez, Jury Trial set for 9/8/2020 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 8/27/2020 10:30 AM before Judge Xavier Rodriguez, (see main case #18-cv-555) (rf) (Entered: 12/03/2019) |
| 07/30/2021 | 6 | ORDER-- The Clerks office is therefore DIRECTED to administratively close these consolidated cases pending further order of the Court. Though administratively closed, these cases will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents under the lead case, Holcombe v. United States, SA-18-CV-555-XR. Signed by Judge Xavier Rodriguez. (bc) (Entered: 08/02/2021) |
| 02/22/2022 | 7 | NOTICE of Filing Proposed Final Judgment by Colbey Workman, Kris Workman (Alsaffar, Jamal) (Entered: 02/22/2022) |
| 04/05/2022 | 8 | NOTICE of Filing Revised Proposed Final Judgment by Colbey Workman, Kris Workman (Alsaffar, Jamal) (Entered: 04/05/2022) |
| 04/05/2022 | 9 | FINAL JUDGMENT. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/05/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2022 06:40:59 | | | |
| **PACER** | aprilstrahan:5751545:0 | **Client Code:** | Sutherland |

| Login: | | | Springs |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:19-cv-01301-XR |
| Billable Pages: | 2 | Cost: | 0.20 |

# FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/14/21 | WDTX278 |

PAID 10/14/21

| BILL TO | SHIP TO |
|---|---|
| Mark P. Gainey<br>1250 NE Interstate 410 Loop<br>San Antonio, Texas 78209 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
|  |  |  |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| In the matter of: Joann Murphey<br>Date of proceeding: 3/22/2021<br>First copy of transcript | 228 | 3.15 | 718.20 |
| Exhibits | 672 | 0.58 | 389.76 |

Federal ID # ██████   DUNS #051045359

Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.

**Total:** $1,107.96

**Balance Due:** $0.00